UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

TOSHI EDWARD WILLINGHAM,

    Petitioner,

Case No. 2:19-cv-221

v.

Honorable Paul L. Maloney

CATHERINE BAUMAN,

    Respondent.

_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: December 4, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge