UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

TOSHI EDWARD WILLINGHAM,

        Petitioner,

Case No. 2:19-cv-221

v.

Honorable Paul L. Maloney

CATHERINE BAUMAN,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated:  December 4, 2019               /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge